THREADGILL, Charles # 164794
Name and Prisoner/Booking Number

Solano County - Justice Center Detention Facility
Place of Confinement

c/o Huei Dai, 35109 11th St.
Mailing Address

Union City, CA 94587
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

NOV 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles E. Threadgill
(Full Name of Plaintiff)
          Plaintiff,

v.

(1) County of Solano
(Full Name of Defendant)
(2) Mitch Mashburn, in his individual and official capacities
(3) California Forensic Medical Group, Inc.
(4) Dr. Dinesh Nagar, in his individual and official capacities
          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18 CV 3048 CKD PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER
FOR INJUNCTIVE RELIEF**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 28 U.S.C. § 1331; 42 U.S.C. §12101 et seq. (ADA); 29 U.S.C. §794 (Rehab. Act)

2. Institution/city where violation occurred: Justice Center Detention Facility, Fairfield, CA

Revised 3/15/2016                                   1

## B. DEFENDANTS

1. Name of first Defendant: __County of Solano__. The first Defendant is employed as: __Not applicable__ at _____
   (Position and Title)         (Institution)

2. Name of second Defendant: __Mitch Mashburn__. The second Defendant is employed as: __Lieutenant and Facility Commander__ at __Justice Center Detention Facility__.
   (Position and Title)         (Institution)

3. Name of third Defendant: __California Forensic Medical Group, Inc.__. The third Defendant is employed as: __California corporation, contractor for Solano County__ at __Justice Center Detention Facility__.
   (Position and Title)         (Institution)

4. Name of fourth Defendant: __Dinesh Nagar__. The fourth Defendant is employed as: __Primary Care Physician__ at __Justice Center Detention Facility__.
   (Position and Title)         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits: __Not applicable__

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment of the U.S. Constitution: Deliberate Indifference to a Serious Medical Need.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On about September 3, 2018, in Rio Vista, California, I was attacked by a police dog during a misdemeanor stop, even though I was some distance from officers and had already complied with their instruction to lie down. After the dog was done with me, I was rushed to the hospital for emergency vascular surgery due to internal and external bleeding. I was told by medical personnel I had likely been minutes from dying of blood loss because the bites were so severe. After recovering for about two weeks, I was arrested for the incident and charged with "obstructing an officer." I think they mean I was obstructing the dog while it was biting me (a K-9 is an "officer") because I was not near any officer besides that. Once in jail, I have been denied care for my arm. I have been asking them for permission to use my own insurance to see a neurologist, because there was neurological damage and I think that is what causes my pain. They have refused, and also said they will not pay for surgery because it is too expensive. Solano County caused the attack and runs the jail, and has a policy or custom of not providing treatment for serious medical needs like mine, if the treatment is expensive. California Forensic Medical Group (CFMG) has the same custom, and also encourages or incentivizes its employees to ignore their clinical judgment and understate the severity of medical problems when treatment is expensive. Dr. Nagar disregarded sound clinical judgment, understated my injuries and failed to provide needed care. Mr. Mashburn denied my requests to seek private treatment using my insurance unless I paid for security, although Cal. P.C. 4023 says I should not have to.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I have past and continuing injuries but am just asking for injunctive relief to get treatment ASAP. My arm is intermittently in severe pain, enough to make me involuntarily tear up. Other times it goes numb and tingling or throbbing goes up and down my arm. I am not getting physical therapy the vascular surgeon ordered. I believe that lack of treatment will cause permanent damage. I do manual labor and really need it to heal right.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Remedy exhausted, but inmate handbook also states it is unnecessary to do so.

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: <u>First Amendment of the U.S. Constitution: Denial of Access to the Courts</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   As I wrote about in Claim I, I have not been getting care I need and urgently needed to do something about it. I am right-handed and my right arm and shoulder were mauled by the police dog. The hand and arm intermittently swell up so much that I cannot even force my fingers to close around a pen, because they are like sausages that will pop if I push any harder. And my muscles are too weak or the nerves too damaged to hold a pen the normal way, even when the swelling goes down. I can write just a little using a certain grip, but not for long. And it hurts. So I have been asking for some way to type. Even the research request forms they have here (there is no law library) require me to write about what I want. And they put me in solitary confinement, they say to protect me because I could not fight back with my arm like this. So it is harder to find inmates to write for me (this is written by someone else), and it is technically against the rules. So I have to worry about interacting and trading papers with people in solitary. I went about 45 days before I could find someone to help. Also, I had color photos to send with this to show how serious my arm is. But they were seized, or at least they were not allowed in because it was against policy. I also have not been given my surgical records though I requested them from CFMG and wrote on the request that I needed them quickly for a court filing. The County of Solano has a policy of using research services and not having a library, and of not allowing color documents in the jail even when needed for a court filing. Mitch Mashburn enforces these policies and has authority to allow exceptions. Dr. Nagar is not named in this claim.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   It took me much longer than it would have to file this, and in the meantime I have been in pain and may now have permanent damage. But I am not asking for anything for the past. I just need to be able to type on my own and/or browse books and forms instead of requesting research. And I need to be allowed to use color documents to show how bad my injuries are. This is important in the pleading phase, and anyhow I'm asking the jail not to block them.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>See previous claims - the inmate handbook tells us we don't have to exhaust anyhow.</u>

※ I have also sought video of the dog attack in Solano County's control, both to help prove and show reasons my claims are valid, and because surgeons said it would be helpful to see how the injuries were inflicted. I am still waiting for them.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Americans With Disabilities Act and Section 504 of the Rehabilitation Act: Right to Freedom From Discrimination, and Full Access to Services

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: ADA/Rehab Act Compliance

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I described in Claims I and II what happened with my arm and how I have tried to get things I needed to help me deal with the injury and access jail services. I have not gotten what I requested. I think officials are informally letting me get help from an inmate nearby. But that doesn't solve my problem, because they have said we could be moved any time and not allowed to communicate.

   Also, I am in solitary confinement only because of my disability - my impaired arm that is fragile while it heals. In solitary, I get out of my cell far less than in "general population" and have fewer privileges. There are a lot of other ways they could handle this so that I am not subjected to restrictive conditions because of my disabled arm. CFMG could provide an orthopedic device or other protection to secure the wound in case of accident. But they have a custom of not doing so because of the expense, and/or the County of Solano has that policy. The County of Solano could also put me in a jail unit where I am very unlikely to have problems with other inmates. I believe Mitch Mashburn has the authority to do this, but chooses not to. Easiest of all, it is well within the County's discretion to release me with a promise to appear in court, so that I can seek treatment. Dr. Nagar is not named in this claim.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The same injuries as Claim II, but I am only asking for injunctions to make the Defendants obey the law going forward.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? Unsure ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I used a jail ADA form and did not receive what I asked for. I do not know if there is another appeal level for ADA forms. Anyhow, the inmate handbook says we can file in court without going through all the internal procedures.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
The court should make a statement that my rights under the First and Eighth Amendments and under the ADA and Rehabilitation Act are being violated, if it finds they are. The court should order defendants to provide all appropriate medical care, including physical therapy and medication for neuropathic pain. The court should order defendants' Solano County and Mr. Mashburn to provide the privileges and conditions I would have if not for my arm disability, and should allow me to access a law library and receive color documents. I have been in Solano's custody several times in the last few years, and my arm is likely permanently disabled. I still need these orders even if, as I expect, the charges are dropped and I am released. Especially then — because it shows I did nothing wrong and how I can end up in jail here again even if I do nothing wrong.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2018
DATE
And given to the jail officers for mailing, with the postage prepaid.

SIGNATURE OF PLAINTIFF

Matthew Muller
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

Note: Sometimes the level of swelling in Mr. Threadgill's arm allows him to hold a pen somewhat normally and sometimes it does not. The above is a valid signature.

None
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Emergency TRO Requested Under Separate Cover

6