Name: Charles Threadgill
~~CDC No:~~ Solano # 164794
Address: c/o Huei Dai, 35109 11th St.
Union City, CA 94587

**FILED**

NOV 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

CHARLES THREADGILL,

    Plaintiff/Petitioner,

v.

COUNTY OF SOLANO, et al.,

    Defendants/Respondent.
_____/

CASE NUMBER: 2:18 CV 3048 CKD PC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Charles Threadgill, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?   X Yes   __ No   (If "no" DO NOT USE THIS FORM)

    State the place of your incarceration. Fairfield, CA (Solano County)

2.   Are you currently employed (includes prison employment)?   __ Yes   X No

    a.   If the answer is "yes" state the amount of your pay. None

    b.   If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages, and pay period, and the name and address of your last employer. I'm sorry, I don't have all of this information available to me. I last worked on September 1, 2018, doing manual labor for various employers, up to $26 an hour. But I am homeless and have none left.

3.   Have you received any money from the following sources over the last twelve months?

    a.   Business, profession, or other self-employment:   X Yes   __ No
    Manual labor, sometimes up to $26/hour, but only a few thousand (no more than about $5000) in
    b.   Rent payments, interest or dividends:   __ Yes   X No   the last 12 mos.

    c.    Pensions, annuities or life insurance payments:    __ Yes    X No

    d.    Disability or workers compensation payments:    __ Yes    X No

    e.    Gifts or inheritances:    __ Yes    X No

    f.    Any other sources:    __ Yes    X No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4.    Do you have cash (includes balance of checking or savings accounts)?    X Yes __ No

If "yes" state the total amount: *The amount below in my inmate account.*

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    __ Yes    X No

If "yes" describe the property and state its value: *Just a cell phone and some personal things.*

6.    Do you have any other assets?    __ Yes    X No

If "yes," list the asset(s) and state the value of each asset listed: *None.*

7.    List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
*I have a child and I contribute what I can, when I can. The amount varies with my work and of course is 0 right now.*

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

11/6/2018
DATE

SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 0.70 on account to his/her credit at Solano County Jail (name of institution). I further certify that during the past three months the applicant's average monthly balance was $ 6.07. I further certify that during the past three months the average monthly deposits to the applicants account was $ 10.00.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

11/7/18
DATE

SIGNATURE OF AUTHORIZED OFFICER

# Inmate Balance History Report - Simple

Created: 11/7/2018 2:36:30PM

Number: 164794  Secondary: 2018011184  Location: 01-JCDF LVL4 G 13

Name: THREADGILL, CHARLES EDWARD

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| TOUCHPAY BOOKING DEPOSIT | 04/05/2014 05:15:10PM | $134.00 | $134.00 | $0.00 | $0.00 |
| ORDER DEBIT | 04/09/2014 02:03:14PM | ($28.45) | $105.55 | $0.00 | $0.00 |
| ORDER DEBIT | 04/16/2014 02:32:02PM | ($3.14) | $102.41 | $0.00 | $0.00 |
| ORDER DEBIT | 04/23/2014 02:35:02PM | ($32.03) | $70.38 | $0.00 | $0.00 |
| RETURN CREDIT | 04/25/2014 03:06:36PM | $4.36 | $74.74 | $0.00 | $0.00 |
| ORDER DEBIT | 04/30/2014 01:30:12PM | ($36.10) | $38.64 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 05/05/2014 07:44:57PM | ($38.64) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 10/09/2014 04:10:50AM | $12.50 | $12.50 | $0.00 | $0.00 |
| ORDER DEBIT | 10/15/2014 10:38:31AM | ($12.41) | $0.09 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 10/15/2014 04:28:53PM | ($0.09) | $0.00 | $0.00 | $0.00 |
| RETURN CREDIT | 10/16/2014 11:35:35AM | $12.41 | $12.41 | $0.00 | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 04/26/2015 08:05:09PM | $18.00 | $30.41 | $0.00 | $0.00 |
| ORDER DEBIT | 04/29/2015 01:19:43PM | ($17.64) | $12.77 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 05/04/2015 12:16:28AM | ($12.77) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 08/17/2015 12:13:12PM | $16.00 | $16.00 | $0.00 | $0.00 |
| ORDER DEBIT | 08/19/2015 11:38:08AM | ($15.00) | $1.00 | $0.00 | $0.00 |
| MEDICAL FEE | 08/31/2015 10:32:03AM | ($1.00) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 10/05/2015 12:01:41PM | $22.00 | $22.00 | $0.00 | $0.00 |
| ORDER DEBIT | 10/07/2015 12:12:10PM | ($15.48) | $6.52 | $0.00 | $0.00 |
| ORDER DEBIT | 10/14/2015 12:34:01PM | ($6.39) | $0.13 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 10/27/2015 10:33:15AM | $33.00 | $33.13 | $0.00 | $0.00 |
| MEDICAL FEE | 11/04/2015 10:40:19AM | ($3.00) | $30.13 | $0.00 | $0.00 |
| ORDER DEBIT | 11/04/2015 12:34:27PM | ($29.71) | $0.42 | $0.00 | $0.00 |
| RELEASE INMATE - CHECK | 11/06/2015 04:29:37PM | ($0.42) | $0.00 | $0.00 | $0.00 |
| INTAKE CREDIT | 09/13/2016 09:45:46AM | $14.85 | $14.85 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 09/13/2016 06:42:54PM | ($14.85) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 09/17/2018 03:54:22PM | $5.85 | $5.85 | $0.00 | $0.00 |
| ORDER DEBIT | 09/26/2018 01:24:11PM | ($4.25) | $1.60 | $0.00 | $0.00 |
| ORDER DEBIT | 10/03/2018 12:49:41PM | ($0.95) | $0.65 | $0.00 | $0.00 |
| MEDICAL FEE | 10/09/2018 11:11:59AM | ($0.65) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY WEB DEPOSIT | 10/23/2018 09:38:50PM | $30.00 | $30.00 | $0.00 | $0.00 |
| MEDICAL FEE | 10/24/2018 11:17:28AM | ($3.00) | $27.00 | $0.00 | $0.00 |
| ORDER DEBIT | 10/24/2018 11:33:25AM | ($15.90) | $11.10 | $0.00 | $0.00 |
| RETURN CREDIT | 10/30/2018 12:52:42PM | $4.80 | $15.90 | $0.00 | $0.00 |
| ORDER DEBIT | 11/07/2018 12:04:26PM | ($15.20) | $0.70 | $0.00 | $0.00 |

**Ending Totals:** $0.70  $0.00  $0.00

*Handwritten notes:*

Deposits
0.00
30.00
0.00
____
30.00

10.00
3 )30.00

Balances
1.60
15.90
.70
____
18.20

6.07
3 )18.20

Dep 30.00

Ider

DR 11/7/18

"I hereby certify upon my own personal knowledge that the warrants listed have been issued or voided/destroyed in accordance with Solano County Policy."

Page 1 of 1

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report