Charles Threadgill - Pro Se
c/o Huei Dai
35109 11th St.
Union City, CA 94587

**FILED**
NOV 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. THREADGILL, <br> Plaintiff, <br><br> v. <br><br> COUNTY OF SOLANO, et al., <br> Defendants. | No. 2:18 CV 3048 CKD PC <br><br> Supplement to Verified Complaint For Injunctive Relief and to Motion for Preliminary Injunction |

    Plaintiff Charles Threadgill previously filed with the Court a civil rights complaint noting that he had been prevented by Defendants County of Solano and Mitch Mashburn from submitting photographs of his mauled arm and shoulder, in support of his motion for relief. Those images are now available at http://www.projectjusticeforall.org/threadgill and are hereby submitted in support of Plaintiff's Complaint and Motion for Preliminary Injunction.

    Plaintiff also requests that as additional interim relief to the medical care requested in his Motion for Preliminary

-1-

Injunction, the Court order Defendant County of Solano to provide to him all video in its possession or control of the misdemeanor police stop and dog attack against him that occurred on or about September 3, 2016, in Rio Vista, California. Plaintiff has been advised by a consulting surgeon that it would be helpful to the neurological surgeon and orthopedic surgeon to review footage of the attack. Specifically, this will allow them to see how exactly his limb was disarticulated during the attack, will aid in the ordering of medical imaging and will guide decisions about at what anatomical points a nerve conduction test will be required.

Absent this requested relief, surgeons conducting an urgent procedure will have suboptimal information about how best to alleviate neuropathic pain and restore function in Mr. Threadgill's limb. Consequently, Mr. Threadgill could have to undergo revisionary surgery. This presents not only the usual risks of surgical complications such as tissue adhesions and infections, but an elevated risk of death as well, because Mr. Threadgill suffers from congestive heart failure and this creates additional dangers each time he undergoes anesthesia.

WHEREFORE the Court should order County of Solano to provide Mr. Threadgill with video of the September 3 attack, in addition to ordering other emergency interim relief requested already.

Respectfully Submitted,

Dated: November 15, 2018    Signed: Charles Threadgill

Charles Threadgill, Pro Se

Supplement to Cmplt. and PI/TRO Moti.    - 2 -