

1    CHARLES E. THREADGILL
     35109 11th Street
2    Union City, CA 94587
     threadgill@projectjusticeforall.org
3    *Pro Se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. THREADGILL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SOLANO, et al., <br><br> Defendants. | No. 2:18-cv-03048-CKD <br><br> **PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Plaintiff Charles Threadgill requests that the Court issue a writ of habeas corpus ad testificandum requiring the Sheriff of Defendant Solano County, Thomas Ferrara, to bring [Matthew Daniel Muller] and [the Plaintiff] before the Court for a hearing on Plaintiff's preliminary injunction request, at a date and time to be scheduled by the Court. *See* 28 U.S.C. § 2241(c)(5).

Plaintiff states in support:

1. On November 20, 2018, Plaintiff filed the instant civil rights action.

2. In conjunction with his initial complaint, Plaintiff requested that the Court issue a preliminary injunction as well as a temporary restraining order pending any hearing on the

preliminary injunction. Plaintiff stated in this filing that he was in pain and required urgent care for his dominant limb, which had been severely mauled by a police K-9 during a misdemeanor stop.

3. The Plaintiff is proceeding pro se in this matter and therefore should be produced at any hearing to prosecute his action and his motion for preliminary injunction. The Plaintiff's arguments for his injunction request rest largely on his own testimony and on the physical presentation of his injuries. In addition, Matthew Daniel Muller shares a housing space with Plaintiff and is a percipient witness to his pain and the Defendants' failure to treat it. He has further seen Mr. Threadgill's limb swell, discolor, feel hot to the touch and show other signs of distress. Mr. Muller has also assisted Plaintiff in bringing this action, due to Plaintiff's current inability to write without pain and difficulty.

4. Both Plaintiff and Matthew Daniel Muller are inmates in the custody of the Solano County Sheriff at the Justice Center Detention Facility in Fairfield, California. The facility is located at 500 Union Avenue with postal code 94533. This facility is not more than 50 miles distant from the Court's Sacramento location, which is readily accessible by freeway from the facility.

WHEREFORE Plaintiff requests that the Sheriff of Solano County and/or Defendant County of Solano be required to produce the above-named individuals in federal court on a date to be determined. In the event Plaintiff has been released, become bailable, or is otherwise eligible to be released from custody, he requests that the Court direct his custodian to permit his release if otherwise authorized by law, and not to retain custody of Plaintiff pursuant to any writ. Plaintiff further requests that the defendants bear the costs of the implementation of

1 | any writ.

2 | Respectfully submitted this December 10, 2018.

Signed: /s/ Charles E. Threadgill
Charles E. Threadgill
*Pro Se*

1  CHARLES E. THREADGILL
   35109 11th Street
2  Union City, CA 94587
   threadgill@projectjusticeforall.org
3  *Pro Se*

4

5

                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7

8  | CHARLES E. THREADGILL, | No. 2:18-cv-03048-CKD |
   | Plaintiff, | |
9  | v. | **ORDER GRANTING WRIT** |
   |    | **OF HABEAS CORPUS** |
10 | COUNTY OF SOLANO, et al., | **AD TESTIFICANDUM** |
11 | Defendants. | |

12

13

14     At a session of this Court held in the City of Sacramento, California, this _____ day

15  of _____, _____:

16     PRESENT:   HONORABLE _____
                  United Stated District Judge/Magistrate
17
       IT IS ORDERED that a writ of habeas corpus be issued for CHARLES E.
18
   THREADGILL and MATTHEW D. MULLER, to be brought before this Court on the
19
   following day and at the following time: _____
20

21                              _____
                                UNITED STATES DISTRICT JUDGE/MAGISTRATE
22

ORDER GRANTING WRIT
OF HABEAS CORPUS                    - 1 -                Threadgill v. County of Solano

1  WRIT OF HABEAS CORPUS AD TESTIFICANDUM

2  WHEREAS, it has been made to appear to this court that CHARLES E. THREADGILL

3  and MATTHEW MULLER are now confined in the Justice Center Detention Facility at 500

4  Union Avenue in Fairfield, California, and that their presence will be required in this Court

5  no later than _____ on _____ and until such time that they are discharged from this writ.

6  NOW THEREFORE, in the name of the United States of America, WE COMMAND

7  THOMAS FERRARA, Sheriff of Solano County, California, to have the bodies of Messrs.

8  Threadgill and Muller in the U.S. District Court for the Eastern District of California at 501 I

9  Street, Sacramento, California on the RETURN DATE indicated above.

10  Nothing in this writ nor its accompanying order shall prevent the Sheriff of Solano

11  County from releasing Charles Threadgill from his custody if such release is otherwise

12  authorized by law. In the event of Mr. Threadgill's release prior to the RETURN DATE, this

13  writ shall not operate as to Mr. Threadgill and the Sheriff of Solano County shall be required

14  to produce only Matthew Muller.

15  WITNESS, the Honorable _____, U.S. District Judge/Magistrate, and the seal

16  of the U.S. District Court on _____.

17

18  CLERK

19  BY: _____
    DEPUTY CLERK

20

21

22

ORDER GRANTING WRIT
OF HABEAS CORPUS                     - 2 -                      Threadgill v. County of Solano