# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                    **JUDGMENT IN A CIVIL CASE**

**CHARLES E. THREADGILL,**

                    CASE NO: **2:18−CV−03048−MCE−CKD**

      v.

**COUNTY OF SOLANO, ET AL.,**

---

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/18/2019**

                                  **Marianne Matherly**
                                  Clerk of Court

ENTERED: **June 18, 2019**

                          by: /s/ H. Kaminski
                                Deputy Clerk